

**MEYERS BUTH**
LAW GROUP PLLC

Cheryl Meyers Buth
Attorney/Member
cmbuth@mblg.us

Laurie A. Baker
Attorney/Member
labaker@mblg.us

June 30, 2026

Hon. Leslie G. Foschio
United States Magistrate Judge
2 Niagara Square
Buffalo, New York 14202

    **RE:**   **Gonzalez v. Wellenstein, et al.**
        **21-cv-755**

Dear Magistrate Foschio:

  Pursuant to the Court's CMO, we write to advise that all Defendants have filed summary judgment motions in this matter.  Plaintiff's responses are due July 16, 2026, with Replies due July 31, 2026.  As of this writing, Defendants do not have any additional settlement authority to resolve this claim.

        Very truly yours,

        Laurie A. Baker

LAB
CC:  AAG Stephanie Joy Calhoun
    Gary D. Borek, Esq.